UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 MAY 29   P  2: 22

SIGN_____CLERK

BOBBY TERRICK (#457795)

VERSUS                                    CIVIL ACTION NO.: 08-260-JVP-CN

N. BURL CAIN (WARDEN), ET AL

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Noland dated May 9, 2008 (doc. 4).  Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's claims shall be **DISMISSED** as frivolous within the meaning of 28 U.S.C. §§ 1915(e) and 1915A.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 29, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA